IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE L. NIEBLA, DC # 992296,
    Plaintiff,

vs.                                        Case No.:  3:06cv275/LAC/EMT

WALTON CORRECTIONAL INSTITUTION,
    Defendant.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 28, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of objections filed (doc 4).

      Having considered the report and recommendation, and the objections thereto, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's initiating a new cause of action accompanied by payment of the $350.00 filing fee in its entirety.

      **DONE AND ORDERED** this 20th day of July, 2006.

                                                      _s/L.A. Collier_
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**